ANNA M. RYAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and FLORA DONNELLY, Administratrix with the Will Annexed of HUGH J. HENRY, Deceased, Appellant.— Motion to dispense with printing of record on appeal denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM WEINTRAUB, Respondent, against KALMAN LEWIS and BANKERS INDEMNITY INSURANCE Co., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHRISTINE LAMBERT, Respondent, against ARTHUR CHEGNAY, INC., and BANKERS INDEMNITY INSURANCE Co., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRANCES TAPPAN THORGENSON, Respondent, against MOVIETONEWS, INC., and GLOBE INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WALTER GARVIN, Respondent, against CLEVELAND & RYAN, INC., and LIBERTY MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PORTIA GIBSON, Respondent, against GUY POLICASTRO, Doing Business as VANDERBILT GARAGE, and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM LONDO, Respondent, against MACRES BROS., INC., and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ANTHONY LAUER, Respondent, against JOHN MEENAN and ROYAL INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ANTONIO PATTI, Respondent, against KNICKERBOCKER FIREPROOFING Co. and GLOBE INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; McNamee, J., dissents, and votes to permit the appeal.